IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**CODEC TECHNOLOGIES LLC,**

  Plaintiff,

  **v.**

**SUPERSONIC INC.,**

  Defendant.

**CIVIL ACTION NO 2:16-cv-886**

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Agreed Motion to Dismiss with Prejudice of all claims asserted between plaintiff, Codec Technologies LLC, and defendant, Supersonic Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Codec Technologies LLC, and defendant, Supersonic Inc., are hereby dismissed with prejudice. It is agreed and understood that this dismissal bars Codec Technologies, LLC from raising claims against Supersonic Inc. on this patent in the future.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 7th day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE